# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
SWORDS, LUKE J.                     §       Case No. 11-18773
                                    §
                                    §
       Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/15/2013 in Courtroom ,
          United States Courthouse
          Joliet City Hall
          150 West Jefferson, 2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2013                    By: /s/ Michael G. Berland
                                                                                  Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
SWORDS, LUKE J.                     §    Case No. 11-18773
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 46,000.00 |
| and approved disbursements of | $ | 30,707.35 |
| leaving a balance on hand of[1] | $ | 15,292.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,850.00 | $ 0.00 | $ 3,850.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 36.80 | $ 0.00 | $ 36.80 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,886.80 |
| Remaining Balance | $ 11,405.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,104.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 87.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 468.90 | $ 0.00 | $ 408.11 |
| 000002 | Illinois Valley Community Hospital<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | $ 9,419.04 | $ 0.00 | $ 8,197.96 |
| 000003 | Oglesby Ambulance Service<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | $ 529.38 | $ 0.00 | $ 460.75 |
| 000004 | Won Y. Kim MD<br>c/o Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, IL 61301 | $ 245.65 | $ 0.00 | $ 213.80 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | St. Margarets Health c/o Collection Professionals Inc. P.O. Box 416 Lasalle, IL 61301 | $ 77.55 | $ 0.00 | $ 67.50 |
| 000007 | Collection Professionals, Inc. c/o Attorney Robert B. Steele PO Box 517 LaSalle, IL 61301 | $ 617.77 | $ 0.00 | $ 537.68 |
| 000008 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | $ 1,363.57 | $ 0.00 | $ 1,186.80 |
| 000009 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702-3397 | $ 382.89 | $ 0.00 | $ 333.25 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 11,405.85 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-18773-BWB
Luke J. Swords                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: pseamann           Page 1 of 2           Date Rcvd: Feb 06, 2013
                            Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
```
db         +Luke J. Swords,    225 Gooding Street,    Apt. 5,    La Salle, IL 61301-2460
17220459   +Ameren IP c/o State Collection Svc,    PO Box 6250,    2509 S Stoughton,    Madison, WI 53716-3314
17220460   +Choices Ottawa Regional Hospital &,    Health Center,    1100 E. Norris Drive,
             Ottawa, IL 61350-1604
17220461   +Collection Professionals Inc.,    723 First Street,    La Salle, IL 61301-2535
17527598   +Collection Professionals, Inc.,    c/o Attorney Robert B. Steele,    PO Box 517,
             LaSalle, IL 61301-0517
17220462   +Dr. Sheth,    301 West Dakota Street,    Spring Valley, IL 61362-1805
17220463   +Eureka Savings Bank,    250 Marquette Street,    La Salle, IL 61301-2415
17220466   +Grasser's Plumbing & Heating,    404 West Main Street,    Mc Nabb, IL 61335-9663
17220467   +IDPA/Div of Child Support,    509 South 6th Street,    Springfield, IL 62701-1825
17479134   +Illinois Valley Community Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
             Lasalle, IL 61301-0416
17220468   +Oglesby Ambulance,    500 S Columbia Avenue,    Oglesby, IL 61348-1469
17479135   +Oglesby Ambulance Service,    c/o Collection Professionals Inc.,    P.O. Box 416,
             Lasalle, IL 61301-0416
17479137   +St. Margarets Health,    c/o Collection Professionals Inc.,    P.O. Box 416,
             Lasalle, IL 61301-0416
17220469   +TNB - Target,    PO Box 673,    Minneapolis, MN 55440-0673
17479136   +Won Y. Kim MD,    c/o Collection Professionals Inc.,    P.O. Box 416,    Lasalle, IL 61301-0416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17220464   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2013 01:57:06      GE Money Bank,
             c/o Midland Credit Mgmt Inc.,    8875 Aero Drive, Suite 2,    San Diego, CA 92123-2251
17220465   +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:02:20      GEMB/JCPenney,    PO Box 981402,
             El Paso, TX 79998-1402
17642487   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 07 2013 01:57:06      Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17472562   +E-mail/Text: bncmail@w-legal.com Feb 07 2013 02:25:55       TARGET NATIONAL BANK,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17707404    E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 07 2013 02:01:48       VERIZON WIRELESS,
             PO BOX 3397,    BLOOMINGTON, IL 61702-3397
17220470   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 07 2013 02:01:49       Verizon Wireless,
             PO Box 1850,    Folsom, CA 95763-1850
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         James Andreoni
aty         Samuel Panos
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 08, 2013**                     **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: pseamann              Page 2 of 2                  Date Rcvd: Feb 06, 2013
                               Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

```
              Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond R. Nolasco     on behalf of Debtor Luke J. Swords NolascoLaw@comcast.net
                                                                                             TOTAL: 3
```